Aydin T. Oner, Plaintiff *in proper person*
3733 Misty Falls Street
Las Vegas, NV 89129
Telephone: 702-353-4331



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AYDIN T. ONER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CREDITORS SPECIALTY SERVICE,<br>(aka CREDITORS SPECIALTY<br>SERVICE, INC.), and TIM FULLER,<br><br>　　　　　　Defendants. | Case No: 2:16-cv-00325-GMN-PAL<br><br><br><br><br>REQUEST FOR ENTRY OF DEFAULT<br>BY THE CLERK – FRCP 55(a) |

　　　I request the clerk enter default against the Defendants.# As shown by the Proofs of Service filed concurrently with this Request, Defendants were served on February 27th. I believe the case record shows Defendants have failed to plead or otherwise defend, nor have I received anything from them. Defendant are neither minors nor nor otherwise incompetent persons.

　　　I reserve the right to amend, addend or otherwise supplement this Request if I believe it to be needed and the right to liberal construction, FRCP 1 and 8(e).

　　　*Submitted with all rights reserved on March 21, 2016*

　　　　　　　　　　　　　　　　　　　　　　　Aydin T. Oner, Plaintiff *in proper person*

　　　　　　　　　　　　　　　　　　　　　　　*I certify I mailed a true copy of this Request to be
　　　　　　　　　　　　　　　　　　　　　　　mailed to Defendants address of record*

---

\#　FRCP 55(a): **"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown** by affidavit **or otherwise, the clerk must enter the party's default."**