UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AYDIN T. ONER,<br><br>                    Plaintiff,<br>v.<br><br>CREDITORS SPECIALTY SERVCE, et al.,,<br><br>                    Defendants. | Case No. 2:16-cv-00325-GMN-PAL<br><br>ORDER |

This matter is before the court's review of the docket in this case. Aydin T. Oner ("Oner") filed the Complaint (Dkt. #1) on February 17, 2016, and an Amended Complaint (Dkt. #5) March 21, 2016. No answer has been filed. Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455(b)(4) require the court to screen cases for financial disqualification or other financial matters that may call for a judge's recusal. Accordingly, Oner shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case. If there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, Oner must promptly file a supplemental notice upon any change in the information contained in the notice. Accordingly,

**IT IS ORDERED** that Plaintiff Oner shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case **no later than**

/ / /

/ / /

/ / /

/ / /

1  **April 28, 2016.** Failure to comply may result in the issuance of an order to show cause why
2  sanctions should not be imposed.
3       DATED this 7th day of April, 2016.

                                                _____
                                                PEGGY A. LEEN
                                                UNITED STATES MAGISTRATE JUDGE