**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

AYDIN T. ONER

　　　　　Plaintiff(s),

vs.

CREDITORS SPECIALTY SERVICE,

　　　　　Defendant(s).

Case # 2:16-00325-GMN-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____NEIL C. EVANS_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

LAW OFFICES OF NEIL C. EVANS
(firm name)

with offices at ___13351 D Riverside Drive___,
(street address)

___Sherman Oaks___, California, ___91423___,
(city)　　　　　　(state)　　　(zip code)

___818-802-8333___, ___evanstnt@aol.com___.
(area code + telephone number)　　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Creditors Specialty Service, Inc.___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since _____1982_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _California_
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | 1983 | 105669 |
| Northern District of Texas | 2011 | 105669 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:
(State "none" if Petitioner has no disciplinary proceedings, etc.)
June 15, 1997, private reproval, State Bar of California.

2

Rev. 1/15

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):
None.
(State "none" if Petitioner has never been denied admission.)

7. That Petitioner is a member of good standing in the following Bar Associations.
None.
(State "none" if Petitioner is not a member of other Bar Associations.)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 8/12/14 | Newton v. CSS | U.S. District Court Nevada | Granted |
| 10/31/14 | Crumpler v. CSS | U.S. District Court Nevada | Denied |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____Neil C Evans_____
Petitioner's signature

STATE OF _____ )
COUNTY OF _____ )

__Neil C Evans__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____Neil C Evans_____
Petitioner's signature

Subscribed and sworn to before me this

__25th__ day of __April__, __2016__.

__Connor Dechaves__
Notary Public or Clerk of Court  Connor Dechaves

> CONNOR DECHAVES
> Commission # 2114410
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jun 7, 2019

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __J. Taylor Oblad__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__600 S. Seventh Street__
(street address)

__Las Vegas__, __Nevada__, __89101__
(city)          (state)          (zip code)

__702-900-4LAW__, __OSCLawyers.com__
(area code + telephone number)   (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____J. Taylor Oblad_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Charles Stanley, President
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11430                    Taylor@goldspikelegal.com
Bar number               Email address

APPROVED:

Dated this _____ day of _____, 20____

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 7, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NEIL C. EVANS, #105669 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 1982; that on February 22, 1996, a notice to show cause directed to the member was issued to commence formal disciplinary proceedings and hearings; that on June 15, 1997 there was a private reproval with public disclosure by the State Bar Court; that said public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); that he has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records