AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 6 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

AYDIN T. ONER
_____
Plaintiff(s)

v.

Creditors Speciality Service (Aka Creditors Speciality Service Inc.) Charles STANLEY and Tim FULLER
_____
Defendant(s)

Civil Action No. 2:16-CV-00325-GMN-PAL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHARLES STANLEY
32023 Crown Valley Rd.
ACTON CA 93510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AYDIN T. ONER
3733 Misty Falls St.
LAS VEGAS NV 89129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 6, 2016

RUSSELL TANKER
*Signature of Clerk or Deputy Clerk*

